UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 662 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| STEPHEN JAMES BROWN, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Carmen E. Henderson, regarding the Arraignment/Plea Hearing of Stephen James Brown, which was referred to the Magistrate Judge with the consent of the parties.

On October 16, 2020, the government filed a 1 count Information, charging Defendant Stephan James Brown, with Distribution of LSD, in violation of Title 21 U.S.C. § 841(a) and (b)(1)(C). Defendant was arraigned on November 10, 2020 before Magistrate Judge Carmen E. Henderson, and entered a plea of guilty to count 1 of the Information. Magistrate Judge Henderson issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Brown is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea

agreement is approved.

Therefore, Defendant Stephan James Brown is adjudged guilty to count 1 of the Information, in violation of Title 21 U. S. C. § 841(a) and (b)(1)( C ). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing is set for March 2, 2021, at 2:00 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 10, 2021